# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page   1

In RE:    JAMES THOMAS PURDOM          KATHLEEN JO PURDOM          Case Number          1/9/2008
         11907 BORDEN STREET

         HUNTLEY IL 60142                                           **07-71487  MB**

                                                                    SS #:   xxx-xx-3606     xxx-xx-3729

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | LAW OFFICES OF PETER FRANCIS G<br>55 E MONROE #3400 | ATTORNEY NATHAN E CURTIS<br>CHICAGO,IL 60603- | 10/19/2007 | 3,500.00 | 3,500.00<br>Paid Direct (2,600.00) | 0.00 | Legal | 100.00 |
| 001-0 | INTERNAL REVENUE SERVICE<br>PO BOX 21125 | CENTRALIZED INSOLVENCY OPERATI<br>PHILADELPHIA,PA 19114- | 07/10/2007 | 271.89 | 271.89 | 0.00 | Priority | 100.00 |
| 002-0 | ECAST SETTLEMENT CORPORATION | PO BOX 35480<br>NEWARK,NJ 07193-5480 | 08/27/2007 | 7,338.93 | 7,338.93 | 0.00 | Unsecured | 100.00 |
| 004-0 | B-REAL LLC<br>PO BOX 91121 | MS 550<br>SEATTLE,WA 98111-9221 | 08/31/2007 | 3,841.97 | 3,841.97 | 0.00 | Unsecured | 100.00 |
| 008-0 | LVNV FUNDING LLC<br>PO BOX 10587 | C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE,SC 29603-0587 | 10/12/2007 | 2,528.34 | 2,528.34 | 0.00 | Unsecured | 100.00 |
| 009-0 | DISCOVER FINANCIAL SERVICES | PO BOX 3025<br>NEW ALBANY,OH 43054- | 06/29/2007 | 415.32 | 415.32 | 0.00 | Unsecured | 100.00 |
| 010-0 | NICOR GAS<br>PO BOX 549 | CREDIT INVESTIGATIONS<br>AURORA ,IL 60507 | 11/12/2007 | 831.80 | 831.80 | 0.00 | Unsecured | 100.00 |
| 012-0 | SYSTEMS & SERVICES TECHNOLOGIE<br>4315 PICKETT ROAD | BANKRUPTCY DEPARTMENT<br>ST JOSEPH,MO 64503- | 09/13/2007 | 5,052.36 | 5,052.36 | 0.00 | Unsecured | 100.00 |
| 014-0 | CAPITAL ONE<br>PO BOX 5155 | % TSYS DEBT MANAGEMENT<br>NORCROSS,GA 30091- | 07/05/2007 | 7,965.74 | 7,965.74 | 0.00 | Unsecured | 100.00 |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

          /s/ Lydia S. Meyer
          ----------------------------------------
          Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on _____          By _____